UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MATT CHISHOLM, et al.,<br><br>    Defendants. | No. 2:19-cv-1828 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Review of this court's docket reveals that the claims in the instant complaint are identical to those in the earlier filed Hickman v. Chisholm, No. 2:19-cv-1254 TLN AC, which is currently pending in this court. It will therefore be recommended that the instant action be dismissed as duplicative.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed as duplicative of Hickman v. Chisholm, No. 2:19-cv-1254 TLN AC.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE